IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**JUSTIN SAVAGE, Individually and on**                         **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                    No. 6:21-cv-6119-SOH

**UNITY SURVEILLANCE, INC.,**                                **DEFENDANTS**
**and JONATHAN TERAUCHI**

## JOINT NOTICE OF LIABILITY SETTLEMENT
## AND MOTION TO CONTINUE TRIAL

Plaintiff Justin Savage and Defendants Unity Surveillance, Inc., and Jonathan Terauchi, by and through their respective undersigned counsel, hereby jointly submit the following Joint Notice of Liability Settlement and Motion to Continue Trial:

1. Plaintiff and Defendants have reached a liability-only settlement in principle that will resolve Plaintiff's alleged unpaid wages and liquidated damages.

2. The Parties are in the process of finalizing liability settlement documents and expect to file their liability dismissal documents within 30 days.

3. If the Parties cannot agree on costs and a reasonable fee, Plaintiff will submit a petition for an award of attorneys' fees within 30 days of dismissal of Plaintiff's liability claims.

4. In its Final Scheduling Order dated November 18, 2021, the Court set a bench trial in this case to begin on October 24, 2022. ECF No. 12.

5. In light of the settlement, the Parties request that all pending deadlines be stayed and that the bench trial be continued and removed from the Court calendar for

Page 1 of 2
Justin Savage v. Unity Surveillance, Inc., et al.
U.S.D.C. (W.D. Ark.) Case No. 6:21-cv-6119-SOH
Joint Notice of Liability Settlement
and Motion to Continue Trial

the October 24, 2022 setting.

WHEREFORE, premises considered, Plaintiff and Defendants jointly request this Court enter an Order continuing the trial currently scheduled for October 24, 2022, and for all other necessary and proper relief.

                              Respectfully submitted,

**PLAINTIFF JUSTIN SAVAGE**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

**and**    **UNITY SURVEILLANCE, INC., and JONATHAN TERAUCHI, DEFENDANTS**

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
Telephone: (501) 371-0808
Facsimile: (501) 376-9442

Johnathan D. Horton
Ark. Bar No. 2002055
jhorton@wlj.com

*/s/ Jane A. Kim*
Jane A. Kim
Ark. Bar No. 2007160
jkim@wlj.com

Page 2 of 2
Justin Savage v. Unity Surveillance, Inc., et al.
U.S.D.C. (W.D. Ark.) Case No. 6:21-cv-6119-SOH
Joint Notice of Liability Settlement
and Motion to Continue Trial