IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUSTIN SAVAGE, Individually and on
Behalf of All Others Similar Situated                                          PLAINTIFF

v.                          Case No. 6:21-cv-6119

UNITY SURVEILLANCE, INC.
and JONATHAN TERAUCHI                                                        DEFENDANTS

## **ORDER**

Before the Court is the parties' Joint Notice of Liability Settlement and Motion to Continue Trial. (ECF No. 13). No response is necessary. The matter is ripe for consideration.

Plaintiff brings this action against Defendants for purported violations of the Fair Labor Standards Act and the Arkansas Minimum Wage Act. The parties inform the Court that they have settled all claims in this case as to liability. Within thirty days, they intend to finalize their agreement and file a motion for settlement approval and partial dismissal.

This case is set for trial the week of October 24, 2022, and pretrial deadlines are approaching. The parties ask the Court to continue the trial setting, and thereby extend all unexpired pretrial deadlines, so they can finalize their settlement.

The Court finds good cause for the motion (ECF No. 13), which is hereby **GRANTED**. The trial of this matter, currently set for the week of October 24, 2022, is hereby cancelled, and is continued to March 27, 2023. All unexpired pre-trial deadlines should be adjusted accordingly.

**IT IS SO ORDERED**, this 13th day of June, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge